IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163240, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv847-T |
| | ) |
| OFFICER ARTIS JAMES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 4 October 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that this case be and is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i). The defendants should not construe this court's adopting the Magistrate Judge's Recommendation as an endorsement of the conduct alleged by the plaintiff; the conclusions of the Recommendation are limited to the substantive deficiency of the plaintiff's attempt to state a constitutional claim.

Done this the 28th day of October 2005.

　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE